IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RUMIANA PETKOVA,**

    **Plaintiff,**

**v.**                                                                                          **No. CIV-16-1385 WJ/LAM**

**SAN JUAN REGIONAL MEDICAL CENTER, Inc.,**

    **Defendant.**

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN WITH CHANGES

At the Rule 16 scheduling conference held on March 8, 2017, the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan [*Doc. 5*], filed February 27, 2017, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**