IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUMIANA PETKOVA,

    Plaintiff,

v.                                                        No. 1:16-cv-01385-WJ-KRS

SAN JUAN REGIONAL MEDICAL
CENTER, Inc.,

    Defendant.

## ORDER MODIFYING SCHEDULING ORDER

**THIS MATTER** comes before the Court following a telephonic status conference held on July 12, 2017. After conferring with counsel regarding their respective availabilities, the Court determined that the parties' impending August 18, 2017 settlement conference should be rescheduled for September 14, 2017. This determination necessitated minor modifications to the parties' Scheduling Order as discussed on the record and reflected in the dates below.

**IT IS, THEREFORE, ORDERED** that the parties' Scheduling Order, entered March 9, 2017, shall remain in full force and effect, subject only to the following modifications:

1. The deadline for pretrial motions, other than discovery motions, shall be **October 13, 2017**.

2. The pretrial order deadline shall be **February 2, 2018**, for Plaintiff and **February 16, 2018**, for Defendant.

                                                          _____
                                                          KEVIN R. SWEAZEA
                                                          UNITED STATES MAGISTRATE JUDGE